UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ADOLIO ANTONIO EZPINO, on behalf
of himself and all those similarly situated

                     Plaintiffs,

    -against-

CDL UNDERGROUND SPECIALISTS,
INC. d/b/a CDL UNDERGROUND UTILITIES,
and CHRISTOPHER ABRUZZO,

                     Defendants.
-------------------------------------------------------X

**ORDER ADOPTING R & R**
Civil Action No. 14-3173 (DRH)(siL)

**HURLEY, Senior District Judge:**

    Presently before the Court is the Report and Recommendation, dated June 30, 2017, of Magistrate Judge Steven I. Locke recommending that Joint Motion for Approval of Settlement and Dismissal with Prejudice of Claims be granted to the extent that the revised settlement agreement be approved. More than fourteen days have elapsed since service of the Report and Recommendation and no objections have been filed.

    Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. The Court adopts the June 30, 2017 Report and Recommendation of Judge Locke as if set forth herein. Accordingly,

    **IT IS HEREBY ORDERED** that the revised settlement agreement of the parties is hereby approved. The Clerk of Court is directed to close this case.

Dated: Central Islip, N.Y.
       July 17, 2017

                                   /s/  Denis R. Hurley
                                  Denis R. Hurley
                                  United States District Judge